918

No. 78–1135. Strahl v. United States. C. A. 1st Cir. Certiorari denied.

No. 78–5057. Thomas v. O'Grady. C. A. 2d Cir. Certiorari denied.

No. 78–5553. Cartera v. Gilliam et al. C. A. 4th Cir. Certiorari denied.

No. 78–5576. Kirk v. Howard et al. C. A. 4th Cir. Certiorari denied.

No. 78–5590. Kush v. United States; and
No. 78–5793. Tarnowski v. United States. C. A. 6th Cir. Certiorari denied.

No. 78–5593. King v. Brewer, Warden. C. A. 8th Cir. Certiorari denied.

No. 78–5598. Gaertner v. United States. C. A. 7th Cir. Certiorari denied.

No. 78–5601. Rutherford v. Blankenship, Correctional Superintendent, et al. C. A. 4th Cir. Certiorari denied.

No. 78–5615. Grandison v. Warden, Maryland House of Correction, et al. C. A. 4th Cir. Certiorari denied.

No. 78–5623. Berrios v. United States. C. A. 2d Cir. Certiorari denied.

No. 78–5639. Monger v. United States;
No. 78–5640. Stewart v. United States;
No. 78–5641. Johnson v. United States;
No. 78–5664. Stewart v. United States;
No. 78–5765. Jackson v. United States; and
No. 78–5854. Morrow v. United States. C. A. 6th Cir. Certiorari denied. Reported below: 584 F. 2d 148.